Mahadhi Corzano (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
DENNIS CAMBA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS CAMBA, | ) Case No.: 4:11-cv-03683-LB |
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| BRACHFELD LAW GROUP, P.C., | ) |
| Defendant. | ) |

**<u>NOTICE OF SETTLEMENT</u>**

NOW COMES Plaintiff, DANNIS CAMBRA ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

//

//

//

- 1 -

1  DATED:  January 20, 2012                RESPECTFULLY SUBMITTED,

2                                           KROHN & MOSS, LTD.

3
                                    By: /s/  Mahadhi Corzano
4
                                         Mahadhi Corzano (SBN: 254905)
5                                        Krohn & Moss, Ltd.
                                         10474 Santa Monica Blvd., Suite 401
6                                        Los Angeles, CA 90025
                                         Tel: 323-988-2400 x255
7                                        Fax: 866-583-3695
                                         mcorzano@consumerlawcenter.com
8                                        Attorneys for Plaintiff,

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to Defendant at the below address:

Jonathan Birdt, Esq.

880 Apollo St, Ste 155

El Segundo, California 90245

By:   /s/ Mahadhi Corzano

    Mahadhi Corzano (SBN: 254905)
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025